Gordon M. Fauth, Jr. (SBN: 190280)
gfauth@finkelsteinthompson.com
Of Counsel
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Direct: (510) 238-9610
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Counsel for Plaintiff John Craig Miller*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN CRAIG MILLER**, an Individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>**GENERAL ELECTRIC COMPANY,** a New York Corporation with its Principal Place of Business in Boston, Massachusetts; and **HAIER US APPLIANCE SOLUTIONS, INC.**, d/b/a GE APPLIANCES, a Delaware Corporation.<br>Defendants. | Case No. 5:17-cv-07028-NC<br><br>STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1) (A)((ii), and [PROPOSED] ORDER |

WHEREAS, Plaintiff John Craig Miller filed this action against Defendants General Electric Company and Haier US Appliance Solutions, Inc., d/b/a GE Appliances, on behalf of himself and a proposed class of similarly situated consumers;

WHEREAS, Defendant General Electric Company was dismissed and is no longer a party to the action; and,

WHEREAS, Plaintiff John Craig Miller and Defendant Haier US Appliance Solutions, Inc., d/b/a GE Appliances, have agreed to the stipulated dismissal of the remainder of this action.

NOW, THEREFORE, Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Craig Miller and Defendant Haier US Appliance Solutions, Inc., d/b/a

1

GE Appliances, by and through their respective undersigned attorneys, hereby stipulate and agree that this action shall be dismissed with prejudice as to the individual claims of Plaintiff John Craig Miller and without prejudice as to the claims of the unnamed members of the proposed class.

IT IS SO STIPULATED.

DATED: December 4, 2018      By: /s/ Gordon M. Fauth, Jr.
               Gordon M. Fauth, Jr.
               Of Counsel
               **FINKELSTEIN THOMPSON LLP**
               100 Pine Street, Suite 1250
               San Francisco, California 94111
               Direct Telephone: (415) 754-5648
               Telephone: (415) 398-8700
               Facsimile: (415) 398-8704

               Counsel for Plaintiff John Craig Miller


DATED: December 4, 2018      By: /s/ James M. Hanlon, Jr.,
               James M. Hanlon, Jr., Esq.
               **GLYNN & FINLEY, LLP**
               One Walnut Creek Center
               100 Pringle Avenue, Suite 500
               Walnut Creek, CA 94596
               Telephone: (925) 210-2810
               Facsimile: (925) 945-1975

               Counsel for Defendant Haier Us Appliance
               Solutions, Inc., d/b/a GE Appliances


**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, it is so Ordered.

DATED: December _4_, 2018      By: _____
               UNITED STATES MAGISTRATE JUDGE

*GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California*

**Filer's Attestation**

I, Gordon M. Fauth, Jr., am the ECF user whose identification and password are being used to file the foregoing document. I hereby attest that the counsel listed as signing above concur in and authorized this filing. I attest that all parties and their attorneys of record will receive notice of this filing through the Court's ECF system.

Dated: December 4, 2018                    By: /s/ Gordon M. Fauth, Jr.